**Harold BOYD, Jr., Petitioner—Appellant,**

v.

**Superintendent J. HAYNES, Respondent—Appellee.**

No. 08-6500.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 19, 2008.

Harold Boyd, Jr., Appellant Pro Se. Mary Carla Hollis, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Boyd, Jr., seeks to appeal the district court's order granting summary judgment in favor of Respondent on one of Boyd's claims. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Boyd seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*